UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN HUNTER** | **CIVIL ACTION NO. 07-9009** |
| **VERSUS** | **JUDGE KURT D. ENGLEHARDT** |
| **SERV-TECH, INC., TEST AUTOMATION & CONTROLS, INC., OFFSHORE CONTRACTORS LIMITED, SEA TRUCKS GROUP, and JASCON 9** | **MAGISTRATE JUDGE SALLY SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT UNDER ADMIRALTY AND**

**GENERAL MARITIME LAW**

**NOW INTO COURT,** through the undersigned counsel, comes plaintiff, Brian Hunter, a resident and domiciliary of the full age of majority of the Parish of Jefferson, State of Louisiana, who respectfully amends and supplements his original Complaint as follows:

I.

Plaintiff re-alleges all previous allegations from his original Complaint under Admiralty and General Maritime Law and amends and supplements as follows:

II.

Plaintiff amends and supplements paragraph 2. of the original complaint to read as follows:

2.

Made defendants herein are:

a. Servtech Limited (sometimes referred to as Serv-Tech, Inc.), upon information and belief, an alien corporation doing business in the State of Louisiana and in the Eastern District of Louisiana;

    b.      T.E.S.T. Automation & Controls, Inc., a Louisiana Corporation authorized to do and doing business in the State of Louisiana with their principal place of business in Louisiana located at 1036 Destrehan Avenue, Harvey, Louisiana 70058, and whose agent for service of process is Corporation Service Company, 320 Somerulous Street, Baton Rouge, Louisiana 70802;

    c.      Offshore Contractors Limited, upon information and belief, an alien corporation doing business in Louisiana and in the Eastern District of Louisiana;

    d.      Sea Trucks Group, upon information and belief, an alien corporation doing business in Louisiana and in the Eastern District of Louisiana;

    e.      Jascon 9, upon information and belief, an alien flagged vessel whose port of registry is the City of Kingstown, St. Vincent & The Grenadines;

    f.      Dynamic Industries, Inc., a Louisiana corporation authorized and doing business in the State of Louisiana whose principal place of business and whose registered agent is located at 600 Jefferson Street, Suite 1400, Lafayette, Louisiana 70501; and

    g.      Chevron U.S.A., Inc. a foreign corporation authorized and doing business in the State of Louisiana.

III.

Plaintiff amends and supplements paragraph 3. of the original complaint to read as follows:

3.

Defendants, Servtech Limited, T.E.S.T. Automation & Controls, Inc., Offshore Contractors Limited, Sea Trucks Group , Jascon 9, Dynamic Industries, Inc., and Chevron U.S.A., Inc. are severally, jointly and solidarily indebted unto complainant, Brian Hunter, for all damages as are just and reasonable in the premises, for the following:

IV.

Plaintiff supplements and amends paragraph 7. to read as follows:

7.

On or about August 11, 2007, employees of defendant, Servtech Limited, completed repairs and modifications to the vessel, Jascon 9. Upon information and belief, the employees of Servtech Limited, at the direction and under the supervision of Dynamic Industries Inc. and on behalf of Chevron U.S.A., Inc. constructed a davit on the vessel Jascon 9. The davit was a component part of the vessel and was to be used to load and unload goods onto and off of the vessel. It was equipped with block and tackle for performing loading and unloading operations.

V.

Paragraph 10. of the original complaint is supplemented and amended to read as follows:

10.

Servtech Limited, T.E.S.T. Automation & Controls, Inc., Offshore Contractors Limited, Sea Trucks Group, Jascon 9, Dynamic Industries, Inc., and Chevron U.S.A., Inc. are vicariously liable for the negligence, actions and inactions of their employees, servants, representatives, agents, and/or workers through the theory of respondeat superior.

VI.

Plaintiff supplements and amends paragraph 11. to now read as follows:

11.

The aforementioned accident and personal injury of Brian Hunter was proximately and directly caused by the negligence of defendants, Servtech Limited, T.E.S.T. Automation & Controls, Inc., Offshore Contractors Limited, Sea Trucks Group, Jascon 9, Dynamic Industries, Inc., and Chevron U.S.A., Inc. their agents, servants and/or employees or anyone else for whom they may be responsible, in the following non-exclusive particulars:

    a.    Failing to properly train their employees;

    b.    Failing to provide proper supervision;

    c.    Failing to warn complainant of the impending accident;

    d.    Negligently operating their vessel;

    e.    Failing to properly secure equipment;

    f.    Negligent repair of the vessel;

    g.    Failing to keep a proper lookout;

    h.    Failing to discover a hazardous condition;

    i.    Failure to provide a safe work environment;

    j.    Negligent contracting;

    k.    Failure to provide proper equipment;

    l.    Allowing an unsafe condition to exist on board the vessel; and,

    m.    Any other acts of negligence to be proven at or before the trial of this matter.

VII.

Plaintiff supplements and amends paragraph 12. to now read as follows:

12.

As a direct and proximate result of the aforementioned negligent acts of the defendants, Servtech Limited, T.E.S.T. Automation & Controls, Inc., Offshore Contractors Limited, Sea Trucks Group, Jascon 9, Dynamic Industries, Inc., and Chevron U.S.A., Inc., their agents, servants and/or employees or anyone else for whom they may be responsible, your complainant has sustained severe and permanent disabling injuries which combined to cause the following pecuniary and non-pecuniary losses, as follows:

a. Physical and mental pain and suffering, past, present and future;

b. Mental anguish and emotional distress, past, present and future;

c. Loss of wages and benefits and impairment of earning capacity, past, present and future;

d. Medical and pharmaceutical expenses, past, present and future;

e. Loss of enjoyment of life, past present, and future;

f. Mental anguish, emotional distress, psychological trauma, past present, and future;

g. Loss of insurability;

h. Vocational rehabilitation expenses

I. Loss of enjoyment of life, past, present and future; and,

J. Permanent physical and mental disability and impairment of bodily function, past, present and future.

**WHEREFORE**, Plaintiff, Brian Hunter, prays for all relief previously prayed for in the original complaint.

**FURTHER,** plaintiff, Brian Hunter, prays that the defendants,Servtech Limited, T.E.S.T. Automation & Controls, Inc., Offshore Contractors Limited, Sea Trucks Group, Jascon 9, Dynamic Industries, Inc., and Chevron U.S.A., Inc., be served with a copy of this complaint and cited to appear and answer same within the delays provided by law and that after the expiration of all legal delays and due proceedings had, that there be a judgment rendered herein in his favor, and against the defendants, for such special and general damages as are reasonable in the

premises, under law and equity, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

**FURTHER,** the plaintiff desires that he be authorized to proceed and prosecute this action under the authority and pursuant to the privileges of 28 U.S.C. 1916;

**FURTHER**, plaintiff prays that this matter be tried by jury; and,

**FURTHER,** the plaintiff prays for all general and specific relief for which he petitioned and for all other just and equitable relief as may be reasonable in the premises.

                              Respectfully submitted,

                              /s/ W. Jared Vincent
                              V. Jacob Garbin (T.A.), La Bar No. 27808
                              William S. Vincent, Jr. La. Bar No.13094
                              W. Jared Vincent, La. Bar No. 27695
                              2018 Prytania Street
                              New Orleans, Louisiana 70130
                              Telephone: (504) 522-3220
                              Facsimile: (504) 568-1408
                              E-mail: jacob@wsvjr.com; wsvincent@wsvjr.com;
                                          jared@wsvjr.com