UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN HUNTER | * | CIVIL ACTION NO. 07-9009 |
| | * | |
| VERSUS | * | SECTION "N", MAGISTRATE (3) |
| | * | |
| SERV-TECH, INC., TEST | * | JUDGE KURT D. ENGELHARDT |
| AUTOMATION & CONTROLS, INC., | * | |
| OFFSHORE CONTRACTORS LIMITED, | * | MAGISTRATE JUDGE KNOWLES |
| SEA TRUCKS GROUP, and JASCON 9 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Servtech Limited, sought to be made a Defendant herein, who, by special and limited appearance, with full reservation of all rights and defenses pursuant to Federal Rules of Civil Procedure Rule 12(b) and otherwise, respectfully moves this Honorable Court for an Order allowing Joseph E. Lee III (#26968) and Carl J. Hebert (#6727) of the law firm of Preis & Roy to enroll as additional counsel of record in the above entitled and numbered cause, with Edwin G. Preis, Jr., to remain as lead trial counsel.

WHEREFORE, Servtech Limited, by special and limited appearance, with full reservation of all rights and defenses pursuant to Federal Rules of Civil Procedure Rule 12(b) and otherwise, prays this Honorable Court grant an Order allowing Joseph E. Lee III (#26968) and Carl J. Hebert (#6727) to enroll as additional counsel of record in the above entitled and numbered cause.

Respectfully submitted,

**PREIS & ROY**
(A Professional Law Corporation)


BY: /s/ Danielle M. Smith
    **EDWIN G. PREIS, JR. (#10703)**
    **L. LANE ROY (#11513)**
    **DANIELLE M. SMITH (#24648)**
    102 Versailles Blvd., Suite 400
    Post Office Drawer 94-C
    Lafayette, Louisiana 70509
    Telephone: (337) 237-6062
    Facsimile: (337) 237-9129
    E-mail: egp@preisroy.com
    llr@preisroy.com
    dms@preisroy.com

-and-

**JOSEPH E. LEE III (#26968)**
**CARL J. HEBERT (#6727)**
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
E-mail: jel@preisroy.com
    cjh@preisroy.com

COUNSEL FOR SERVTECH LIMITED SPECIALLY APPEARING WITH FULL RESERVATION OF ALL RIGHTS AND DEFENSES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 12(B) AND OTHERWISE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that I mailed the foregoing document and notice of electronic filing filed by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Danielle M. Smith
DANIELLE M. SMITH