UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN HUNTER | * | CIVIL ACTION NO. 07-9009 |
| | * | |
| VERSUS | * | SECTION "N", MAGISTRATE (3) |
| | * | |
| SERV-TECH, INC., TEST | * | JUDGE KURT D. ENGELHARDT |
| AUTOMATION & CONTROLS, INC., | * | |
| OFFSHORE CONTRACTORS | * | MAGISTRATE JUDGE KNOWLES |
| LIMITED, SEA TRUCKS GROUP, | * | |
| and JASCON 9 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion to Enroll Additional Counsel, by special and limited appearance, with full reservation of all rights and defenses pursuant to Federal Rules of Civil Procedure Rule 12(b) and otherwise;

IT IS HEREBY ORDERED that Joseph E. Lee III (#26968) and Carl J. Hebert (#6727) of the law firm of Preis & Roy be and are hereby enrolled as additional counsel of record for Defendant, Servtech Limited, in the above entitled and numbered cause.

THUS DONE AND SIGNED this  29th  day of  January , 2010, New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE